**Pel State Bulk Plant LLC**
333 Texas Street, Suite 2121
Shreveport, LA 71101

DATE: 10/24/2014
AMOUNT: $1835.44

PAY ONE THOUSAND EIGHT HUNDRED THIRTY FIVE DOLLARS and 44 CENTS

TO THE ORDER OF

Juan Castro
PO Box 830443
San Antonio, TX 78283

Bank Routing No.: 111906271
Bank Account Number: XXXXXXXXX
Deposit Amount: 1835.44

## NON NEGOTIABLE

| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END |
|---|---|---|---|---|
| CASJU | | Castro, J. | | 10/19/2014 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Reg-Driver | 40.000 | 760.00 | 2935.50 | FEDERAL INCOME | 516.33 | 1040.56 |
| OT-Driver | 56.000 | 1596.00 | 2408.25 | FEDERAL MEDICAR | 34.16 | 81.83 |
| Per Diem-Driver | 0.000 | 176.00 | 451.00 | FEDERAL SOCIAL | 146.07 | 349.91 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 19.00 | 2532.00 | 696.56 | 1835.44 | 6094.75 | 1472.30 | 4622.45 |

PERSONAL   0.00
VACATION   0.00


PLAINTIFF'S EXHIBIT A